**No. 11-5095. In re Jamie Antonio Brown, Petitioner.**

565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6282.

October 3, 2011. Petition for writ of mandamus denied.

**No. 11-5191. In re Douglas Robertson, Petitioner.**

565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6373.

October 3, 2011. Petition for writ of mandamus denied.

**No. 11-5398. In re Kevin D. Loggins, Petitioner.**

565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6405,

October 3, 2011. Petition for writ of mandamus denied.

**No. 11-5488. In re Richard Mercaldo, Petitioner.**

565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6418.

October 3, 2011. Petition for writ of mandamus denied.

**No. 10-1460. In re Gary Victor Dubin, Petitioner.**

565 U.S. 814, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6470.

October 3, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 10-10383. In re Jessica Seymour, Petitioner.**

565 U.S. 814, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6460.

October 3, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 10-11271. In re Herman T. Clark, Petitioner.**

565 U.S. 814, 132 S. Ct. 395, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6544.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

**No. 11-5313. In re Richard Hettler, Petitioner.**

565 U.S. 813, 132 S. Ct. 396, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6516.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 11-5349. In re Thresa Lynn Williams, Petitioner.**

565 U.S. 813, 132 S. Ct. 396, 181 L. Ed. 2d 249, 2011 U.S. LEXIS 6587.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.